No. 81–5221. OWENS ET UX. *v.* MURPHREE ET AL. Ct. App. Mo., Eastern Dist. Certiorari denied. 

No. 81–5224. WALKER *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. 

No. 81–5225. LAWSON *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. 

No. 81–5226. PASCARELLA *v.* ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied. 

No. 81–5227. LAMORE *v.* INLAND DIVISION OF GENERAL MOTORS CORP. ET AL. C. A. 6th Cir. Certiorari denied. 

No. 81–5229. EPPS *v.* CONTINENTAL CAN CO., INC. C. A. 4th Cir. Certiorari denied. 

No. 81–5230. STUART *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 81–5231. NELSON *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied. 

No. 81–5233. ZATKO *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 81–5237. LINKLETTER *v.* BLACKBURN, WARDEN. C. A. 5th Cir. Certiorari denied. 

No. 81–5238. JOHNSON, AKA WESSON *v.* KANSAS. C. A. 10th Cir. Certiorari denied.